Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MARY G. CABRERA

Debtor(s)

Case No: 06-41370 WJL13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $568.55 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 06-41370 W | GE MONEY BANK<br>PO BOX 103104<br>ATLANTA, GA 30376 | $ 646.96 | $ 568.55 |
| | Total Unclaimed Dividends | | $ 568.55 |

Dated: October 7, 2011

_Martha G. Bronitsky_
Martha G. Bronitsky, Chapter 13 Trustee